David G. Leonard

CDCR No. AC-9689

B-210-1-1-1L

P.O. Box 900

Avenal, CA 93204

In Pro Per

**FILED**

JAN 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GERALD LEONARD, | Case No. 2:12-CV-00915 AC |
| Plaintiff, | |
| V. | INDEX OF EXHIBITS AND EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME, REQUEST FOR STAY AND PROTECTIVE ORDER |
| JIM DENNY, Sherrif (County of Sutter), et al., | |
| Defendants. | |

INDEX OF EXHIBITS AND EXHIBITS IN SUPPORT

OF PLAINTIFF'S MOTION FOR EXTENSION OF

TIME, REQUEST FOR STAY AND PROTECTIVE

ORDER

- 1 -

## INDEX OF EXHIBITS

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Medical Records |
| 2 | Declaration of Joe Ramirez |
| 3 | Declaration of Daniel Ward |
| 4 | Petitioner's Declaration (David G. Leonard) |
| 5 | Medical Lay-ins |

#1

# EXHIBIT

MEDICAL RECORDS

California Correctional Health Care Services                                      AVENAL STATE PRISON

## MEDICAL PROGRESS NOTE

| NAME: LEONARD, DAVID | CDCR#: AC9689 | DATE OF SERVICE: 07/16/2012 |
|---|---|---|
| DATE OF BIRTH: 09/29/1966 | HOUSING: B 210 1001001L | PAROLE DATE: |

TIME:

REASON FOR VISIT: Two week followup.

SUBJECTIVE: The patient is here for a two week followup of abnormal MRI of the cervical spine. The patient was last seen on 07/05/2012. He has abnormal cervical spine MRI and was being considered for surgery by the neurosurgeon. The procedure is on hold pending further review by the neurosurgeon. Review of records reveals the patient had a followup appointment with the neurosurgeon on 07/15/2012. Incidentally, the patient has two CDC-7362s dated 07/13/2012 regarding sinus problem, cold symptoms, fever and night sweats for about two weeks. According to the patient he has had increased body aches and joint pains. He also has noted increased use in his beta agonist despite regular use of Flovent and allergy pills and nasal steroids. He has sinus pressure but no ear pain. He has headaches, but no nausea or vomiting. The other CDC-7362 about pain and numbness increase in both upper arms during the last week and a half. Please note the patient is felt to have cervical radiculopathy during previous encounters. His MRI in 2010 showed the patient to have mild degenerative disk disease at C5-C6 and C6-C7 and C6-C7 showed moderate bilateral foraminal stenosis and C5-C6 showed moderate left foraminal stenosis. He saw the podiatrist on 07/02/2012 and has been measured for rocker bottom shoes which he has not received yet. The notes from Podiatry are not very legible.

MEDICATIONS: Reviewed. The patient refilled naproxen.

**ALLERGIES: NO KNOWN DRUG ALLERGIES.**

OBJECTIVE: VITAL SIGNS: Temperature 97.7, pulse 80, respiratory rate 20, blood pressure 116/65. Weight 165. Oxygen saturation 95%. Peak flow 300/350/300. GENERAL: Alert and oriented, no apparent distress. HEENT: Anicteric sclerae. Pupils are equal, round and reactive to light. Extraocular muscles intact. Tympanic membranes clear. Slight sinus tenderness on palpation of maxillary sinuses. Oropharynx is clear. NECK: Supple. No lymphadenopathy. LUNGS: Clear to auscultation. No wheezes. HEART: Regular rate and rhythm, no murmur. ABDOMEN: Benign. EXTREMITIES: No edema, no cyanosis.

LABORATORY DATA: No new laboratory studies.

ASSESSMENT:
1. Asthma with exacerbation.
2. Acute rhinosinusitis.
3. Cervical radiculopathy with increased symptoms probably due to coughing.
4. Chronic low back pain with abnormal MRI pending neurosurgeon review.
5. Bilateral foot pain secondary to "right hallucis limitus."

PLAN:
1. Continue saline rinses and antihistamines and nasal steroids. Advise the patient to monitor for worsening of asthma symptoms.
2. Continue nasal steroid and p.r.n. use of Xopenex.
3. Provide patient with empiric antibiotics for rhinosinusitis which I felt is causing worsening of asthma.
4. Work up the patient for Valley Fever because of flu-like symptoms.
5. Advise the patient his upper extremity symptoms might be due to excessive coughing. Provide the patient with a cough suppressant.
6. Laboratory studies to include comprehensive metabolic panel, ESR, and coccidioidomycosis serology.
7. Discuss with the patient his orthotics visit; and, pending plan for laminectomy and his future followup with Physical Medicine and Rehabilitation (PM&R).

EDUCATION: The benefits and risks of antimicrobial therapy, asthma action plan.

DICTATED BY Rolando Atienza, MD                                    Printed 2012.07.24 07:39:16 -07'00'
LEONARD DAVID                                                                                    AC9689

FOLLOWUP: Followup in 10 days for his asthma exacerbation and results of workup for Valley Fever. At that visit we will also discuss the results of his visit with PM&R.

X  rratienza,md
_____

Rolando Atienza, MD
Digitally authenticated on 7/20/2012 2:44 PM

RA/jr   D: 07/16/2012 09:26:00 am                    T: 07/17/2012 11:00:46 am                    Job #: 485095

1766745

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| A fee of $5.00 may be charged to your trust account for each health care visit. |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| David Leonard | AC-9689 | B-210-1-1-11 |

PATIENT SIGNATURE                                                DATE

7/13/2012

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) _The pain/numbness affecting my arms/hands bi-
laterally has increased, the associated pain/cramps/
shakiness/and lack of strength/grip I am having diffi-
culty writing/holding a pen/pencil for any significa-
nt period at time (est 5-10 min) or at all sometimes_

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | 7/15/12  5740 | Received by: | RCL |
|---|---|---|---|
| Date / Time Reviewed by RN: | | Reviewed by: | R Obruen RN |

S: Chronic issue, F/U with RN      Pain Scale:  1  2  3  4  5  6  7  8  9  10
7/16/12 RN

O:  T:        P:        R:        BP:            WEIGHT:

A:

P: Online

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | Printed 2012.07.24 07:39:32 -07'00' |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

## MEDICAL PROGRESS NOTE

| NAME: LEONARD, DAVID | CDCR#: AC9689 | DATE OF SERVICE: 06/28/2012 |
| DATE OF BIRTH: 09/29/1966 | HOUSING: B 210 1001001L | PAROLE DATE: |

TIME:

CHIEF COMPLAINT: The patient is here tin TTA for evaluation (urgent Request for Service (RFS) to see the neurosurgeon).

SUBJECTIVE: The patient was sent to the neurosurgeon for chronic low back pain with intermittent bowel and bladder incontinence. An MRI was done recently and was worrisome for "metastatic disease" and an urgent RFS for the neurosurgeon. The patient is known to have spondylolisthesis and has chronic low back pain. In the last four or five months he has been having intermittent bowel and bladder incontinence. Recommendations by the neurosurgeon were reviewed. The patient is recommended for lumbar laminectomy with nerve root decompression and L4 through S1 pedicle screw fixation or diagnosis of grade 2 L5-S1 spondylolisthesis.

MEDICATIONS: Medications were reviewed.

**ALLERGIES: NO KNOWN DRUG ALLERGIES.**

OBJECTIVE: VITAL SIGNS: Please see RN notes. GENERAL: Well-nourished well-developed in no apparent distress. LUNGS: Clear to auscultation with no rales or wheezes. CARDIOVASCULAR: Regular and rhythmic, no murmur. ABDOMEN: Benign. BACK: The spine with no noted tenderness. EXTREMITIES: No edema and no cyanosis. NEUROLOGICAL: Gait is normal. No motor or sensory deficit noted.

ASSESSMENT: Chronic low back pain with intermittent bowel and bladder incontinence, probably secondary to grade 2 spondylolisthesis.

PLAN: Continue the current management. Send RFS for the recommended surgery that involves laminectomy with nerve root decompression and L4-L5 pedicle screw fixation.

EDUCATION:

FOLLOWUP: Followup with the provider in 14 days.

X rratienza, md

Rolando Atienza, MD
Digitally authenticated on 6/29/2012 3:12 PM

RA/cw D: 06/28/2012 04:56:00 pm          T: 06/29/2012 02:39:38 pm .          Job #: 473380

DICTATED BY Rolando Atienza, MD
LEONARD DAVID

Printed 2012.07.24 07:40:07 -07'00'
AC9689

To: 559-386-7447          From:                    Pg 1/ 2 06/07/12 11:12

Case 2:12-cv-00915-TLN-AC   Document 20-1   Filed 01/18/13   Page 8 of 32
Report: LEONARD, DAVID - RAD NUMBER: AC9689 - CLINIC: Shared Imaging CA - EXAM DATE: 2012-06-06 - PHYSICIAN: DUENAS

Shared Imaging
801 Phoenix Lake Ave
Streamwood, IL 60107
866-374-8672 / 800-427-5377 FAX

**Radiology Interpretation**

PATIENT NAME: DAVID LEONARD
DATE OF BIRTH: 1966-09-29
RAD NUMBER: AC9689
PHYSICIAN: DUENAS
FACILITY: Avenal State Prison
DATE OF EXAM: 2012-06-06
HISTORY: 45 Y O M W SPINAL EDEMA, DDD, F/U MRI OF THE LUMBAR WO
DONE-HOUSING-B-210-1001001L

RECEIVED

JUN 0 7 2012

# SIGNIFICANT FINDINGS

MRI EXAMINATION OF THE LUMBOSACRAL SPINE WITH AND WITHOUT CONTRAST:
Comparison: MRI examination of 5/24/2012.
Standard pre and postcontrast sequences were obtained. The lowest most disc interspace shall be designated
L5-S1. The conus lies at the level of L1.
There is considerable edema involving the superior portion of L4. There is also considerable edema involving L5
and S1 vertebral bodies. There is enhancement with contrast. This suggests tumor metastasis.
There is a central disc extrusion central and to the left of midline at L1-2 which migrates superior to the disc
level posterior to the L1 vertebral body. This may also represent an element of tumor metastasis, it enhances
intensely with contrast.
There is grade I L5 on S1 spondylolisthesis secondary to bilateral L5 spondylolysis.
T12-L1: Loss of normal disc hydration with Schmorl's node involving inferior endplate of T11 and superior
endplate of T12. There is 10% partial narrowing of anterior portion of T12 vertebral body. This may be
secondary to old injury. There is no evidence of significant compression on cord or exiting nerve roots. There is
no significant disc displacement.
L1-2: Loss of normal disc hydration. There is central and left-sided disc extrusion that appears to migrate
superior to the disc level and posterior to the left L1 vertebral body. This causes slight narrowing of thecal sac.
This enhances intensely with contrast. This may represent an element of tumor metastasis.
L2-3: Loss of normal disc hydration but without significant disc displacement.
L3-4: Loss of normal disc hydration. Schmorl's node involving superior endplate of L4. There is edema
involving the superior half of L4. There is bilateral facet joint changes. There is mild annular bulge with slight
narrowing of thecal sac.
L4-5: No significant disc displacement.
L5-S1: Grade I L5 on S1 spondylolisthesis secondary to bilateral L5 spondylolysis. There is an annular bulge
with bilateral facet joint changes. There is marked narrowing of both neural foramina with impingement of both
exiting nerve roots of the neural foraminal compartment. There is considerable edema involving the L5 and S1
vertebral bodies. This enhances intensely with contrast. This may be secondary to tumor metastasis. There is a
pseudo-bulge with slight narrowing of thecal sac.
IMPRESSION:
1. Suspect tumor metastasis involving the L4, L5, and S1 vertebral bodies as mentioned above.
2. Intense enhancement of central disc extrusion central and to the left of midline which migrates superior
to the disc level posterior to the L1 vertebral body. This also enhances intensely with contrast. This may
be also tumor metastasis.

R. Adienza, MD

3. There are other degenerative changes as mentioned above.

Electronically Signed By: Dr. Ranjiv Saini M.D.

*[signature]*

Provider: DUENAS
Report Completed: 2012-06-07 11:02:57 CDT
TS: dy
Dictation: Saini_DPM_2228.DSS

This transmission is proprietary and privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.
Our radiologists are not present during administration of contrast materials and therefore not responsible for technical component of this examination. Interpretation is based only on images and history submitted.

RECEIVED

JUN 0 7 2012

COPY

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME | | CDC NUMBER | | INSTITUTION |
|---|---|---|---|---|
| Leanord, David | | AC9689 | | ASP |

| DATE OF BIRTH | EPRD DATE | | GENDER | |
|---|---|---|---|---|
| 9/23/1966 | 5/18/2021 | | Male | |

| PRINCIPLE DIAGNOSIS | | ICD-9 CODE | CPT CODE(S) |
|---|---|---|---|
| Radiculitis, Inflammatory Process/spinal lesion | | | |

| REQUESTED SERVICE(S) | | | # OF DAYS RECOMMENDED |
|---|---|---|---|
| CT guided Biopsy of spinal lesion | | | |

Please check all that apply : ☒ Diagnostic Procedure/Consultation ☐   ☒ Outpatient/Inpatient ☐   ☐ Initial/Follow-up ☒

Requested Treatment/Service is: ☐ EMERGENT   ☐ URGENT   ☒ ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify: ASAP

Proposed Provider: _____   Anticipated Length of Stay: _____

Expected Disposition (i.e.: outpatient follow-up, return to institution, transfer.)

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the

consultant): see consults and previous RFS requests. patient has spinal lesion consistent with radiculitis versus possible

malignant process versus degenerative changes. recommended by Dr. Ramberg

Estimated time for service delivery, recovery rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin,

total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME | | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | | DATE |
|---|---|---|---|---|
| G. Kamen, MD | | | | |

| REQUESTING PHYSICIAN SIGNATURE | | DATE | UTILIZATION MANAGEMENT TRACKING # |
|---|---|---|---|
| | | 8/31/2012 | |

| DATE OF CONSULATION | | PRINTED NAME OF CONSULTANT | |
|---|---|---|---|

FINDINGS:

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED:

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | AC 9684 |
| PCP SIGNATURE | DATE | Leanard David 9/2 9166 |

Attach Progress Note page for additional information.

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
- ORIGINAL  - FILE IN UHR
- GREEN  - TO UHR PENDING ORIGINAL
- CANARY  - CONSULTANT
- PINK  - UM
- GOLD  - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (ELECTRONIC 9/11)

To: 559-386-7447    From    Pg 1/ 1 04/27/12 7:3

Case 2:12-cv-00915-TLN-AC   Document 20-1   Filed 01/10/13   Page 11 of 32
Report: LEONARD, DAVID - RAD NUMBER: AC9689 - CLINIC: Shared Imaging CA - EXAM DATE: 2012-04-26 - PHYSICIAN: Mathos

Shared Imaging
801 Phoenix Lake Ave
Streamwood, IL 60107
866-374-8672 / 800-427-5377 FAX

**Radiology Interpretation**

**PATIENT NAME:** DAVID LEONARD
**DATE OF BIRTH:** 1966-09-29
**RAD NUMBER:** AC9689
**PHYSICIAN:** Mathos
**FACILITY:** Avenal State Prison
**DATE OF EXAM:** 2012-04-26
**HISTORY:** 45 Y O M W RT LABRAL TEAR,EVAL WAS NOT ATTACHED-HOUSING-B210-1-6L

MRI RIGHT SHOULDER WITHOUT CONTRAST:
COMPARISON: None.
TECHNIQUE: Standard pre-contrast sequences were obtained.
FINDINGS: There are defects/tear involving the anterior superior, anterior inferior, and posterior labrum. There is a defect involving the lateral proximal humerus. This may represent degenerative erosive cyst. There is heterogeneous signal involving the supraspinatus tendon. This represents a partial tear.
IMPRESSION:
1. Partial tear of supraspinatus tendon.
2. Tear involving labrum involving the anterior superior and anterior inferior as well as posterior aspect of labrum.
3. Question degenerative change versus subtle fracture involving proximal lateral humerus. Clinical correlation is requested.

Electronically Signed By: Dr. Ranjiv Saini M.D.

*Ranjiv Kumar Saini MD*

Provider: Mathos
Report Completed: 2012-04-27 19:38:24 CDT
TS: sg
Dictation: Saini_DPM_3056.DSS

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law. Our radiologists are not present during administration of contrast materials and therefore not responsible for technical component of this examination. Interpretation is based only on images and history submitted.

R. Atienza, MD

MAY 0 1 2012

RECEIVED

APR 3 0 2012

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Leonard Doud. | CDC NUMBER AC-9689 | INSTITUTION ASP |
|---|---|---|

| DATE OF BIRTH 9-29-66 | EPRD DATE | GENDER m. |
|---|---|---|

| PRINCIPLE DIAGNOSIS (RT) shoulder labrum tear | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) orthopedics | | # OF DAYS RECOMMENDED |
|---|---|---|

Please circle all that apply:  Diagnostic Procedure/Consultation     Outpatient/Inpatient     Initial/Follow-up

Requested Treatment/Service is:     **EMERGENT**     **URGENT**     ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: _____     Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): ___ med Fee c Rt rotall, wo ser . 3/7/12 + mRI was ordered, to done be small year the port mRI. Shows. labrl tear.

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): M AR

| REQUESTING PHYSICIAN PRINTED NAME L. Mathos, NP | APPROVED / AUTHORIZED / DENIED / DEFERRED |
|---|---|

| REQUESTING PHYSICIAN SIGNATURE  MAY 07 2012 | DATE 5/7/2012 | Utilization management tracking #: ASP-1112 - 954181 |
|---|---|---|

| DATE OF CONSULTATION 6-6-12 | PRINTED NAME OF CONSULTANT Koudimann MTG  5/15/2012 |
|---|---|

FINDINGS: R) Shoulder ExUM , T'd Pain ē ovRHead MoTioR MRI report reviewed ⇒ labrum Tear c/w SLAP lesion PRcT SLE = No △ Remain Tender over area   E. CONANAN, MD + AL SAT O'Brenv 2+   Pain 6-7/10  MAY 15 20...

RECOMMENDATIONS: Dapresm (ECB) ↓ HaoLl SLAP Lesion (2) PRcT (3) arthroscopy Repair (3) wir ē conditions

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: ⇒ opti for surgery ~ finalens - Recheck ē Completion Pain

| CONSULTANT SIGNATURE | DATE 6-6-12 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE  m. Grande | DATE 6-6-12 | Doud A, 1 DOB/29/70  Leonard sart |
| PCP SIGNATURE | DATE 6/7/12 | AC 9689 |

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

B 200

**RECEIVED**
MAY 15 2012
BY _____

PHYSICIAN REQUEST FOR SERVICES (RFS)     CDC 7243 (Rev. 11/02)     Printed 2012.06.19 07:53:54 -07'00'

9870617

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| David Leonard | AC-9689 | B-216-1-1-12 |

PATIENT SIGNATURE

DATE  9/18/2012

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I still have a SLAP Tear/Lesion (Superior Labrum Anterior-Posterior Tear), potential Inferior Labrum Tear, and partial tear of the Supraspinatus, with pending recommendation for surgical correction. This condition still results in substantial pain and limitations.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☑ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: | Pamela Bisco, RN |
|---|---|---|---|
| Date / Time Reviewed by RN: | SEP 19 2012 | Reviewed by: | |
| **S:** | ☺m | Pain Scale:  1  2  3  4  5  6 ⑦ 8  9  10 | |

**O:** T: 97.4  P: 60  R: 18  BP: 120/78  WEIGHT: 165       97% RA

**A:**

**P:**

☑ See Nursing Encounter Form m5

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: ND | | DATE OF APPOINTMENT: | |
| COMPLETED BY  J. Davis RN | | NAME OF INSTITUTION ASP | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED  9/20/12 1230 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

# TRUXTUN RADIOLOGY MEDICAL GROUP, L.P.

### MRI – CT – PET – NUCLEAR MEDICINE
### MAMMOGRAPHY – DIAGNOSTIC RADIOLOGY - ULTRASOUND

| | | |
|---|---|---|
| Manjul Shah, M.D. | Girish Patel, M.D, D.A.B.R., F.A.C.N.M. | Martha Wiedman, M.D. |
| John Roefs, M.D. | Godofredo Miranda, M.D. | David Suadi, D.O. |
| Tony Deeths, M.D. | Mark Williams, M.D. | Howard Leventhal, M.D. |

| | | | |
|---|---|---|---|
| Patient: | Leonard, David | No: | 425347 |
| Physician: | Rolando Atienza M.D. | DOB: | 09/29/1966 |
| Prison | ASP Prison | Date: | 06/15/12 |
| CDCR: | AC9689 | HU: | B250 |

EXAMINATION: X-RAY CERVICAL SPINE, 4 VIEWS NOT INCLUDING OPEN MOUTH VIEW (READ ONLY)

HISTORY:

FINDINGS: (Read Only) There is generalized arthritis. There is mild generalized spondylotic spurring, more severe at the C5-6 and C6-7 level where there is also severe disc narrowing. Remaining discs are of normal height. Vertebral bodies are of normal height and alignment. There is foraminal narrowing, however this is difficult to evaluate as there is no optimal obliquity.

IMPRESSION:

1. DDD with spondylosis.
2. Generalized arthritic change.
3. Evidence of foraminal narrowing.

Dictated by: Tony M. Deeths M.D., F.A.C.R. 06/20/2012
Transcribed by: Rupa B – TIS 06/20/2012

Electronically approved by: Tony Deeths M.D.    Date: 06/21/2012 13:32

RECEIVED

JUN 2 1 2012

Images and reports are available online at www.truxtunrad.com

| | | |
|---|---|---|
| 1817 Truxtun Avenue | 3551 Q Street, #100 | 9330 Stockdale Hwy., Ste. 100 |
| Bakersfield, CA 93301 | Bakersfield, CA 93301 | Bakersfield, CA 93311 |
| (661) 325-6800 F(661) 325-6744 | (661) 325-6200 F(661) 616-1213 | (661) 616-1268 F(661) 616-1287 |
| | Page 1 | |

Printed 2012.07.24 07:42:12 -07'00'

- 14 -

#2

# EXHIBIT

## DECLARATION OF
## JOE RAMIREZ

DECLARATION OF JOE NOE RAMIREZ

I, Joe Noe Ramirez, declare:

1. I personally know David G. Leonard, an inmate housed at Avenal State Prison, on Facility B, also known as Facility II, in Building 210, located in Avenal, California;

2. I have been able to personally observe Mr. Leonard on a daily basis from July 5, 2012, to current (October 20, 2012) date of this declaration;

3. I have personally observed Mr. Leonard attempting to write using a pen or pencil on numerous occasions during the above-referenced timeframe, whereby, Mr. Leonard could not hold the pen or pencil;

4. When Mr. Leonard was having difficulty, I asked what the problem was, and he indicated he had already been to medical;

5. I observed him shaking (Right Arm/Hand) whereby, he could not write, and I further witnessed, the pen or pencil drop from his hand whereby, he had no strength or ability to hold it;

6. Mr. Leonard complained of substantial pain and numbness in his right arm and right hand;

7. I personally observed the difficulty writing, and actions consistent with pain and numbness on the part of Mr. Leonard on a daily basis during the time-frame referenced above;

8. I and personally aware that me. Leonard has been unable to exercise, and even complete his daily Home Exercise Program (HEP) prescribed by Physical Therapy during the above-referenced time-frame;

9. I am aware that Mr. Leonard received Medical Lay-ins preventing him from working, going to yard, exercising, participating in recreation activates, which restricted him to the housing unit or dorm area, during the entire time-

1

1     frame referenced above, with the exception of maybe one (1) week;

2     10. During the referenced time-frame Mr. Leonard regularly suffered from severe

3          fatigue and on numerous occasions was bedridden, even missing meals at times;

4     11. Mr. Leonard has difficulty transitioning from a sitting position or laying down

5          position to standing, and such actions appear to cause him substantial pain;

6     12. Mr. Leonard also has difficulty sitting and standing for more than twenty (20)

7          to thirty (30) minutes at a time, walking, and has numerous job duty

8          limitations and restrictions;

9     13. I am aware that Mr. Leonard suffers from frequent headaches, of a severe

10          nature, and difficulties related to his vision which I believe to be related to

11          an infection or scar tissue in his right eye;

12     14. I have seen medical documentation regarding Mr. Leonard which is consistent

13          with my personal observations stated in this declaration;

14

15          I, Joe Noe Ramirez, declared the foregoing is true and correct under the

16     penalty of perjury, and this declaration was executed in the City of Avenal, County of

17     Kings, State of California on this _____18 th_____day of

18     _November_____, 2012.

19

20                                          _Joey Ramirez_____

21                                              Joe Noe Ramirez, Declarant

22

23

24

25

26

27

28

2

- 17 -

#3

# EXHIBIT

## DECLARATION OF DANIEL WARD

DECLARATION OF DANIEL WARD

I, Daniel Ward, declare:

1. I personally know David Leonard and inmate housed on faculty B, at Avenal State Prison;

2. I have been able to personally observe Mr. Leonard, since December 2011;

3. Although Mr. Leonard appears to suffer from several ongoing medical conditions, I observed a notable change in his medical and physical state in June of 2012;

4. From June 19, 2012 to the date of this declaration I have personally observed Mr. Leonard suffer from severe fatigue, whereby, he was bedridden at times for the full day, and whereby, he did not even attend some meals;

5. During the timeframe referenced above, Mr. Leonard suffered severe low back pain limiting his daily activities, preventing him from standing and walking;

6. Mr. Leonard had difficulty transitioning from his bed to standing, or from a sitting position;

7. I am aware that Mr. Leonard had difficulty writing and reading during this period as well;

8. I know he was called to medical on a fairly regular basis, and has had numerous diagnostics performed including at least four (4) MRIs, multiple x-rays, multiple lab tests, and participated in several consultations with medical specialists;

9. I am aware that there is concern that Mr. Leonard may have Metastatic Disease (Cancer) based upon some of the MRI findings;

10. I am aware that Mr. Leonard suffers from a severe low-back injury in which neuro-surgery is planned, and this condition causes him substantial pain, limitations, affecting his legs (primarily left leg) resulting in additional pain, numbness, loss of use, and other neurologic symptoms;

1

1   11. At times the low-back pain was severe enough I thought he should be seen by

2       emergency services, preventing him from moving, or causing him to brace himself

3       or stay on the floor;

4   12. I have observed him shaking, sweating profusely, severely exhausted (fatigued)

5       whereby he cannot stay up;

6   13. I am aware that Mr. Leonard was issued a "Medical Lay-in" starting on or about

7       June 19, 2012, almost conditionally until the date of this declaration, with

8       only a few days excluded, whereby, he cannot leave the housing unit, go to

9       yard, exercise, or other activities;

10   14. I have personally seen test results and other medical records confirming the

11       information stated in this declaration regarding Mr. Leonard, and have

12       discussed my observations and concerns with him;

13

14   I, Daniel Ward, declare under the penalty of perjury that the foregoing is true and

15   correct and this declaration was executed this _____ *18 th* _____ day of

16   _____ *November* _____, 2012, in the city of Avenal, County of Kings, State of

17   California

18

19

20                                 Daniel Ward, Declarant

21

22

23

24

25

26

27

28

#4

EXHIBIT

PETITIONER'S DECLARATION
DAVID G. LEONARD

1    DECLARATION OF DAVID LEONARD

2    I, David Leonard, declare:

3    1. I have suffered from multiple medical conditions, which resulted in a medical
4       lay-ins (medical restriction to housing or bed) from June 19, 2012, until
5       current;

6    2. From September 23, 2012, to September 26, 2012, I was not issued a lay-in due
7       to delays in seeing medical services, although I continued to suffer from the
8       same medical conditions and restrictions;

9    3. Upon seeing my Primary Care Provider, he renewed my medical lay-in and
10      associated restrictions;

11   4. From the date of June 19, 2012 I have not been able to utilize or access the
12      ASP Central Law Library due to medical conditions and restrictions;

13   5. My medical conditions include but are not limited to a viral infection (HSV)
14      resulting in severely blurred vision (Right Eye) and scar tissue (Right Eye)
15      with a secondary condition affecting both eyes causing difficulty reading and
16      writing;

17   6. I have a low-back injury requiring neurosurgery which causes severe pain,
18      difficulty standing, sitting, and walking with related symptoms affecting my
19      legs (primary left) resulting in pain, numbness, loss of use/instability and
20      other neurological symptoms;

21   7. The above condition causes substantial difficulty and pain transitioning
22      between laying down or sitting and a standing position;

23   8. The above condition prevents me from standing, walking, or sitting for extended
24      periods of time (20 to 30 minutes or more);

25   9. The above condition has caused me to be "bedridden" intermittently, whereby, I
26      can not even attend meals;

27   10. Medical Services upon the basis of prior MRI's have a concern that I may have
28       metastatic disease or tumor metastasis (Cancer) affecting my spine;

1

11. My medical conditions require medical care on a fairly regular basis, sometimes several times per weeks;

12. Other conditions potentially associated with the above condition is an intermittent bladder/bowel incontinence, lower abdominal pain, and stabbing pains;

13. I suffer severe fatigue (exhaustion) on a daily basis;

14. I have associated medical symptoms of shakes, sweats (profusely), severe headaches, vision distortion, and short "blackouts" (seizures) intermittently;

15. My medical conditions at times have caused severe pain incapacitating me, causing me to have to brace myself to prevent a fall, or falling/kneeling on/to the floor;

16. My medical conditions also include a Right Shoulder Injury including a Superior Labrum Anterior-Posterior Tear, Inferior Labrum Tear, and partial tear of the Supraspinatus tendon;

17. I suffer from Cervical Stenosis, also causing pain, numbness, and loss of use intermittently of my Right Arm/Hand, affecting my ability to write, and resulting in severe headaches;

18. As a result of the above medical condition at times I can not hold a pen or pencil in my right hand, on occasion may drop a pen or pencil without notice, or suffer shaking which prevent me from writing;

19. I currently have a pending referral for neurosurgery for my spine, and orthopedic surgery for my right shoulder;

20. With my medical conditions, symptoms, and related restrictions, I do not believe I would be able to timely and properly prepare and file pleadings with the Court, as I do not have regular or adequate access to the Law Library, ability to receive timely copies, no access to typewriters, computers, and have difficulty reading and writing (due to medical conditions).

1        I, David Leonard, declare the foregoing is true and correct under the penalty

2    of perjury, and this declaration was executed on this _____31_st_____ day of

3    ___December___, 2012, in the City of Avenal, County of Kings, State of

4    California.

5

6

7    _____

8                          David Leonard,

9                           Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

#5

# EXHIBIT

## MEDICAL LAY-IN DOCUMENTS

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
**MEDICAL/DENTAL LAY-IN ORDER**

INMATE'S NAME

Leonard, David

| CDC NUMBER | HOUSING |
|---|---|
| AC9689 | B 210 |

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

LAY-IN NUMBER

Medical from 6/19/12 - 6/21/12 6pm     Work

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

CDC 7257 (Rev 6/97)

# MEDICAL/DENTAL LAY-IN ORDER

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| LEONARD DAVID | AC9689 | 13210 |

**ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.**

LAY-IN NUMBER  7/5/12 + 6/5/12      main p + cnw + pill lin

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**

---

Name: Leonard David    CDC# AC 9689    HOUSING B210    CDC-128-C

LAY-IN NO. OF DAYS: 14    NO. OF HOURS:

REASON FOR LAY-IN:

DIRECTIONS: To be restricted to dorm and showers. Lay-In is to be immediately revoked and/or CDC-115 issued if the above directions are abused. Inmate will use accrued "E" time. If/when "E" time is exhausted, "E" time timecard entries shall be administratively changed to "A" (Absent) by records office staff.

NOTE: NO YARD, RECREATION OR PHYSICAL ACTIVITY.

cc:    C-FILE
       MEDICAL FILE
       WORK SUPERVISOR
       DORM C/O
       INMATE

DATE ISSUED:    DATE/TIME EXPIRES:

ASP48: 6/21/12    7/9/12

MD/RN/MTA
MEDICAL PSYCHIATRIC DENTAL
REVISED 3/92

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
**MEDICAL/DENTAL LAY-IN ORDER**

9/29/66

**INMATE'S NAME**          LEONARD, DAVID          **CDC NUMBER** AC9689   **HOUSING** 210

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

**LAY-IN NUMBER**   1 MONTH   MEDICAL   LAY - IN   ( 8/22/2012  -  9/22/2013 )

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.   DR. KAMEN   /R D R

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**          . BIOCO , FAN

---

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
**MEDICAL/DENTAL LAY-IN ORDER**

**INMATE'S NAME**   Leonard , David   **CDC NUMBER** AC9689   **HOUSING** 210

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

**LAY-IN NUMBER**   2 days .   8/20/12 – 8/22/12

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.   Anstrum

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**

---

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
**MEDICAL/DENTAL LAY-IN ORDER**

**INMATE'S NAME**   Leonard David   **CDC NUMBER** AC9689   **HOUSING** D210

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

**LAY-IN NUMBER**   . 2 weeks   ( 8/5 to 8/19 ).   may go to dm ~ pill ln

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.   Anthony

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

**CDC 7257 (Rev 6/97)**          - 28 -

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# MEDICAL/DENTAL LAY-IN ORDER

| INMATE'S NAME | | CDC NUMBER | HOUSING |
|---|---|---|---|
| LEONARD , DAVID | | AC 9689 | 210 |

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

| LAY-IN NUMBER | | | |
|---|---|---|---|
| MEDICAL | LAY - IN | ( 9/27/12 - OCT 5 , 2012 ) | |

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

$1000 , hJ

D— D— D—

C.C. WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

CDC 7257 (Rev 6/97)

- 29 -

# MEDICAL/DENTAL LAY-IN ORDER

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Leonard, David | A-69679 | B210 |

**ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.**

**LAY-IN NUMBER**

Lay in 10/1/12 — 11/1/12

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

C.C: WORK ASSIGNMENT SUPERVISOR
HOUSING UNIT

CDC 7257 (Rev 6/97)

## Proof of Service by Mail

I, _Joe N. Ramirez_ Declare:

I am over eighteen (18) years of age, and not a party to this action, my ( ) Business or (✓)
Residence Address is:

_Joe N. Ramirez_

_#1 Kings Way_

_Avenal, CA 93204_

On this _7th_ day of _January_ , _2013_ I personally placed in to the
United States Postal Service Box, or designee thereof, a copy of the below described documents,
sealed and affixed with proper first class postage from:

_David Leonard_          _P.O. Box 900_

_CDCR No. AC-9689_        _Avenal, CA 93204_

_B-210-1-1-1L_

The following items described as:

_"Motion for Extension of Time and Application for a Protective
Order and Stay" (Case No. 2:12-cv-00915 AC)_

Mailed to the address/person(s) listed as follows:

_United States District Court_          _501 "I" Street, Suite 4-200_

_Eastern District of California_        _Sacramento, CA 95814-2322_

_Office of the Clerk_

I declare under penalty of perjury, under the Laws of the State of California, the foregoing is true
and correct.

Dated: _1/7/2013_        Signature: _____

Printed Name: _Joe N. Ramirez_

## Proof of Service by Mail

I, _Joe N. Ramirez_ Declare:

I am over eighteen (18) years of age, and not a party to this action, my ( ) Business or (✗) Residence Address is:

_Joe N. Ramirez_

_#1 Kings Way_

_Avenal, CA 93204_

On this _7th_ day of _January_ , _2013_ I personally placed in to the United States Postal Service Box, or designee thereof, a copy of the below described documents, sealed and affixed with proper first class postage from:

_David Leonard_          _P.O. Box 900_

_COCR No. AC-9689_       _Avenal, CA 93204_

_B-210-1-1-11_

The following items described as:

_"Motion for Extension of Time and Application for a Protective Order and Stay" (Case No. 2:12-cv-00915 AC)_

Mailed to the address/person(s) listed as follows:

_John R. Whitefleet_       _350 University Avenue, Suite 200_

_Attorney at Law_          _Sacramento, CA 95825_

_Porter-Scott A Professional Corporation_

I declare under penalty of perjury, under the Laws of the State of California, the foregoing is true and correct.

Dated: _1/7/2013_        Signature: _Joe Ref_

Printed Name: _Joe N. Ramirez_