IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID G. LEONARD,

      Plaintiff,                             No. 2:12-cv-0915 AC P

   vs.

JIM DENNY, et al.,

      Defendants.                   ORDER

_____/

        Plaintiff has filed a motion for extension of time to file an opposition to the December 18, 2012 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 10, 2013 motion for an extension of time (Docket No. 20) is granted;

        2. Plaintiff is granted 60 days from the date of this order in which to file an opposition to the December 18, 2012 motion to dismiss. Defendants' reply, if any, must be filed within 30 days after service of the opposition; and

////

////

////

3. Plaintiff's request for a stay and/or protective order, included in his motion for an extension of time, is denied as unnecessary.

DATED: January 15, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/leon0915.36