David G. Leonard
CDCR No. AC-9689
CIM II, West-CH, 144-L
P.O. Box 368
Chino, CA 91708
   In Pro Per



SEP 2 5 2014


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GERALD LEONARD
   (Name of Plaintiff)
CDCR No. AC-9689, P.O. Box 368
   (Address of Plaintiff)
Chino, CA 91708

vs.

JIM DENNEY, Sheriff

(County of Sutter), et al.

(Names of Defendants)

2:12-cv-00915 TLN-AC
(Case Number)

SECOND AMENDED
COMPLAINT
AND DEMAND FOR JURY TRIAL

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☒ No

   B. If your answer to A is yes, how many?: __N/A__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

| | |
|---|---|
| Plaintiff | N/A |
| | N/A |
| Defendants | N/A |
| | N/A |

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
   Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

N/A

3. Docket Number _____ N/A _____

4. Name of judge to whom case was assigned _____ N/A _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
N/A

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?    ☒ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☒ Yes    ☐ No
If your answer is no, explain why not  See Attached "STATEMENT OF COMPLIANCE," incorporated by reference

C. Is the grievance process completed? (See "B" Above)  ☒ Yes    ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  Jim Denney  was/ is employed as  Sheriff
at  County of Sutter

B. Additional defendants  J. Paul Parker, Sheriff (County of Sutter); Officer Bidwell (Sutter County Jail Commander); John Doe No. 1, Custody Officer (Sutter County Jail); J. Saunders, Medical Doctor (Sutter County Jail); Doris Brown, Nurse Practioner (Sutter County Jail); Sutter County Sheriff's Department; Sutter County Jail; County of Sutter

2

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

See Attached "STATEMENT OF FACTS" and "CLAIMS FOR RELIEF"

Attachment: PRISONER CIVIL RIGHTS COMPLAINT 42 U.S.C. §1983 CLAIM FORM (EASTERN DISTRICT OF CALIFORNIA) ATTACHMENTS (STATEMENT OF FACTS, CLAIMS FOR RELIEF, PRAYER FOR RELIEF), incorporated by reference

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

See Attached "PRAYER FOR RELIEF"

Attachment: PRISONER CIVIL RIGHTS COMPLAINT 42 U.S.C §1983 CLAIM FORM (EASTERN DISTRICT OF CALIFORNIA) ATTACHMENTS (STATEMENT OF FACTS, CLAIMS FOR RELIEF, PRAYER FOR RELIEF), incorporated by reference

Signed this _15th_ day of _September_, 20_14_.

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_09/15/2014_
(Date)

(Signature of Plaintiff)

David G. Leonard
CDCR No. AC-9689
CIM II, West-CH, 144-L
P.O. Box 368
Chino, CA 91708
   In Pro Per

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD, ) | Case NO.  2:12-cv-00915-TLN-AC |
| ) | |
| Plaintiff, ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| v. ) | |
| ) | |
| JIM DENNEY, Sheriff ) | |
| (County of Sutter), et al.,) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

DEMAND FOR JURY TRIAL

   Plaintiff, David G. Leonard, hereby requests and demands a trial by jury.

                                        Respectfully Submitted,

                                        _____
                                             David G. Leonard

                                        David G. Leonard
                                        CDCR No. AC-9689
                                        CIM-II, West-CH, 144-L
                                        P.O. Box 368
                                        Chino, CA 91708