David G. Leonard
CDCR No. AC-9689
CIM II, WEst-CH, 144-L
P.O. Box 368
Chino, CA 91708
   In Pro Per



FILED

SEP 2 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GERALD LEONARD,           )   Case No. 2:12-cv-00915-TLN-AC
                                )
            Plaintiff,          )   **STATEMENT OF COMPLIANCE**
                                )
      v.                        )
                                )
JIM DENNEY, Sheriff             )
(County of Sutter), et al.,     )
                                )
            Defendants.         )
                                )
_____ )

STATEMENT OF COMPLIANCE

   Plaintiff, David G. Leonard, hereby by gives notice of compliance in the above-referenced matter, and sets-forth the following facts and information under the penalty of perjury.

1. Plaintiff is informed and believes, and upon such information and beief alleges and states, that he has adequately and fully exhausted his claim(s) in the above-referenced matter.

2. Plaintiff is informed and believes, and upon such information and belief alleges and states that his State and Federal claims are timely filed.

3. Plaintiff is informed and believes and upon such information and belief alleges and states that he complied with the Tort Claims Acts; timely served the Defendants with NOTICE OF CLAIM; and complied with California Civil Code, California Code of Civil Procedure, and all other relevant State (California) codes and statutes.

4. The Notice of Claim presented to the Defendants gave fair notice of Plaintiff's State and Federal claim(s), and the basis of such claim(s).

5. Defendants never notified Plaintiff of any defect in his claim(s) as presented.

6. Plaintiff exercised due diligence in exhausting all claims and formally and informally gave notice of claims (liability) to Defendants during his incarceration in the jail.

7. Plaintiff utilized all means available to him during his incarceration (in the County Jail) to advise Defendants of medical care issues (Deficient Care) and hazards.

8. Plaintiff is informed and believes and upon such information and belief alleges and states that his Notice of Claim upon Defendants was timely, that Plaintiff additionally is entitled to "tolling" under California Civil Code (Section 352.1(a); and Defendants waived any defect including timeliness by their failure to inform Plaintiff of any defect, or is estopped from raising such a defense.

9. Plaintiff is informed and believes and upon such information and belief alleges and states that his claims are timely under California Statutes of limitations.

10. Plaintiff is informed and believes, and upon such information and belief, alleges and states that Plaintiff's State (California) claims are actionable under California Law (Professional Negligence, Malpractice, and General Liability Statutes, etc.).

11. Plaintiff is informed and believes and upon such infomation and belief alleges and states that his State (California) claims are enforceable under California Government Code.

12. Plaintiff is informed and believes and upon such information and belief, alleges and states that he is entitled to the "California Equitable tolling doctrine."

Respectfully Submitted,



David G. Leonard

David G. Leonard
CDCR No. AC-9689
CIM II, West-CH, 144-L
P.O. Box 368
Chino, CA 91708
In Pro Per

VERIFICATION

I, David G. Leonard, state:

I have read the foregoing and the facts stated therein are true of my own knowledge except to those matters therein stated upon information and belief, and as to those matters, I believe them to be true.

- 3 -

I certify and declare that the foregoing is true and correct, and this verification/declaration was executed on this _15th_ day of _September_, 2014 in the City of _Chino_, State of California.

David G. Leonard
Declarant

**VERIFICATION**

I, DAVID G. LEONARD, STATE:

I have read the foregoing "SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL" (together with all attachments thereto) and supplemental pleadings, and hereby verify that the facts stated therein are true and correct of my own knowledge, except to those matters stated upon information and belief, and to those matters, I believe them to be true.

I certify and declare under the penalty of perjury, that the foregoing is true and correct, and this verification/declaration was executed on this _15th_ day of _September_ 2014, in the City of _Chino_, State of California.

*[signature]*
David G. Leonard
Declarant

David G. Leonard
CDCR No. AC-9689
CIM II, West-CH, 144-L
P.O. Box 368
Chino, CA 91708
In Pro Per