UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 2 5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DAVID GERALD LEONARD, et. al,  )
                               )   Case No. 2:12-cv-00915-TLN-AC
         Plaintiffs,           )
                               )
                               )
     v.                        )   PROOF OF SERVICE
                               )
                               )
JIM DENNY, Sheriff (County of  )
         Sutter), et. al,      )
                               )
         Defendants.           )
                               )
_____)

PROOF OF SERVICE

I, hereby certify that on this _18th_ day of September, 2014, I served a copy of the attached: STATEMENT OF COMPLIANCE; DEMAND FOR JURY TRIAL; and, VERIFICATION

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States mail at: Chino, California.

John R. Whitefleet
Attorney at Law
Porter - Scott
A Professional Corporation
350 University Avenue, Suite 200
Sacramento, CA 95825

United States District Court
Eastern District of California
Office of the Clerk
501 "I" Street, Suite 4-200
Sacramento, CA 95814

I, declare under the penalty of perjury that the foregoing is true and correct.

_____
Michael A. Hovatter