UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM DENNY, et al.,<br><br>　　　　　Defendants. | No.  2:12-cv-0915 TLN AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 5, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 76.  Defendants have filed objections to the findings and recommendations.[1]  ECF No. 77.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] In future filings, Defendants may brief the issues raised in their objections.  ECF No. 77.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 5, 2016 (ECF No. 76), are adopted in full;

2. Counts I, II, IV, and V are dismissed in part, as set forth in the January 5, 2016, findings and recommendations, without leave to amend;

3. Within thirty days from the date of this order, Defendants are ordered to respond to the second amended complaint as follows:

    a. Defendants Denny, Parker, Saunders, Brown, Sutter County Sheriff's Department, Sutter County Jail, and Sutter County must respond to Count I as set forth in Section VI.C. of the January 5, 2016, findings and recommendations.

    b. Defendants Parker, Bidwell, Sutter County Sheriff's Department, Sutter County Jail, and Sutter County must respond to Count II as set forth in Section VII.C. of the January 5, 2016 findings and recommendations.

    c. Defendants Saunders and Brown must respond to Count III as set forth in Section VIII.B. of the January 5, 2016 findings and recommendations.

    d. Defendants Parker and Bidwell must respond to Count IV as set forth in Section IX.C. of the January 5, 2016 findings and recommendations.

    e. Defendants Sutter County Sheriff's Department, Sutter County Jail, and Sutter County must respond to Count V as set forth in Section X.C. of the January 5, 2016 findings and recommendations.

Dated: March 30, 2016

*/s/ Troy L. Nunley*
Troy L. Nunley
United States District Judge