UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD,<br><br>    Plaintiff,<br><br>    v.<br><br>JIM DENNY, et al.,<br><br>    Defendants. | No. 2:12-cv-0915 TLN AC P<br><br><br>ORDER |

Plaintiff is a former county and current state prisoner proceeding pro se and in forma pauperis in this action. Currently before the court are plaintiff's motion for extension of time to supplement his previously filed motions to compel (ECF No. 110) and three motions to compel answers to special interrogatories and requests for admissions from defendants Brown, Denney, Parker, and Bidwell (ECF Nos. 108, 109 & 111).

I.      Motions to Compel

On November 7, 2016, the undersigned magistrate judge signed an order that was filed the following day (ECF No. 107), vacating plaintiff's motion to compel responses to interrogatories (ECF No. 104) and directing the parties to meet and confer telephonically regarding that matter and any other foreseeable discovery disputes. Also on November 7, 2016, the court received two additional discovery motions from plaintiff: a motion to compel answers to special interrogatories from defendant Brown (ECF No. 108) and a motion to compel answers to requests for admissions

from defendants Denney, Parker, and Bidwell (ECF No. 109). These matters were entered on the court's docket after the November 8 order was issued. On November 14, 2016, apparently before he received the November 8 order, plaintiff filed still another motion to compel (ECF No. 111).

Because these discovery motions (ECF Nos. 108, 109, 111) were all filed before the parties could meet and confer, they will be vacated with leave to re-file as in accordance with the time-frames set forth in the November 8, 2016 order.

II. Motion for Extension of Time

Plaintiff has also filed a motion for extension of time to supplement his motions to compel, listing various reasons for the extension. ECF No. 110 at 2-4. The present motion for extension of time is denied as moot, because the deadline for filing a motion to compel responses to requests for admissions and plaintiff's motions to compel admissions and interrogatory responses have been vacated. See supra Section I; ECF No. 107. As previously ordered, plaintiff shall have forty-five days from the date of the meet and confer to file a motion to compel answers to interrogatories or requests for admissions should those issues not be resolved during the telephonic meet and confer.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motions to compel answers to interrogatories and requests for admissions (ECF No. 108, 109, 111) are vacated with leave to re-file as necessary after the parties meet and confer.

2. Plaintiff's motion for extension of time (ECF No. 110) is denied as moot.

DATED:  November 16, 2016.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE