UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD, | No. 2:12-cv-0915 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| JIM DENNY, et al., | |
| Defendants. | |

Plaintiff is a former county and current state prisoner proceeding pro se and in forma pauperis in this action. Currently before the court is plaintiff's amended motion to compel discovery. ECF No. 117.

The court previously vacated some of plaintiff's motions to compel discovery with leave to re-file as necessary after the parties met and conferred. ECF No. 116. The court has not yet received notice from the defendants that the meet and confer process has taken place, and the motion indicates that it had not taken place as of the time of filing. Accordingly, plaintiff's most recent motion will also be vacated with leave to re-file as necessary after the parties meet and confer.

As previously ordered, plaintiff will have forty-five days after meeting and conferring with counsel for defendants to file any necessary motions to compel. Plaintiff should not file any more motions to compel until after that process is completed. If plaintiff needs more than the

1

1  allotted forty-five days, he should file a motion for extension stating how much time he needs and
2  explaining why he needs that amount of time.  Reasonable requests for extension will be granted
3  so long as they are properly supported.  After submitting a motion for extension of time, plaintiff
4  should continue working on any motions to compel while he waits for an order from the court
5  addressing the request for extension, rather than filing whatever he has already completed at that
6  time.  While the court understands that plaintiff has been trying to ensure he does not miss any
7  deadlines, he should refrain from filing partial motions that will need to be supplemented.  Partial
8  filings and constant supplementation make it more difficult both for defendants to respond and for
9  the court to address the issues.  Plaintiff may file fully completed motions to compel prior to
10 receiving an order from the court on any pending requests for extension.

11       Accordingly, IT IS HEREBY ORDERED that plaintiff's amended motion to compel
12 discovery (ECF No. 117) is vacated with leave to re-file if necessary after the parties meet and
13 confer.

14 DATED: November 30, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE