UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM DENNY, et al.,<br><br>　　　　　Defendants. | No.  2:12-cv-0915 TLN AC P<br><br><br>ORDER |

　　　　By order filed December 5, 2016, the parties were given sixty days to complete the meet and confer process regarding any discovery disputes.  ECF No. 120.  Defendants were to notify the court that discussions had concluded within seven days of the parties' final telephonic meeting.  Id.  The time for meeting and conferring and providing notice to the court has expired and defendants have not provided the court with any notification regarding the status of the process.

　　　　Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, defendants shall notify the court when the parties conducted their final telephonic conference as part of the meet and confer process.

DATED: February 21, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE