UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM DENNY, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-0915 TLN AC P<br><br><br><br>ORDER |

On March 1, 2017, defendants notified the court that the parties had met and conferred by telephone on five different occasions and stated that these meetings likely covered all discovery issues in substance. ECF No. 122 at 2. Defendants noted that they were willing to meet and confer further, if necessary, once the amended responses had been provided. Id. Plaintiff has filed a request for the court to direct further meet and confer efforts on the ground that he believes there are issues that still need to be addressed. ECF No. 123. Defendants shall notify the court whether amended responses have been provided, and if not when they are expected to be provided, and whether they believe further meet and confer efforts would be beneficial to the resolution of any outstanding discovery disputes. If defendants believe further meet and confer efforts would be beneficial, they should also include an estimate of how much additional time they believe will be necessary to complete them.

////

Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, defendants shall notify the court regarding the status of discovery as set forth in this order.

DATED: May 2, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE