UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD, | No. 2:12-cv-0915 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| JIM DENNY, et al., | |
| Defendants. | |

In compliance with this court's June 12, 2017 order, defendants notified the court that the parties conducted their last telephonic discovery conference on August 18, 2017. ECF No. 131. Plaintiff had forty-five days from that date to file a motion to compel if any discovery issues remained outstanding. ECF No. 128 at 3. Forty-five days have passed and plaintiff has not filed any motions to compel or sought an extension of time to file a motion. Accordingly, discovery is now closed and the court will re-set the deadline for the filing of dispositive motions.

IT IS HEREBY ORDERED that the parties shall have sixty days from service of this order to file dispositive motions.

DATED: October 16, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE