UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIM DENNY, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-915 TLN AC P<br><br><br><br>ORDER |

Defendants have filed a motion for a forty-five day extension of the dispositive motion deadline. ECF No. 133. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 133) is granted.

2. The parties shall have an additional forty-five days, up to February 1, 2018, to file dispositive motions.

DATED: December 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE