UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIM DENNY, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-0915 TLN AC P<br><br><br>ORDER |

　　　　Plaintiff has filed a motion requesting an extension of the time to December 26, 2018, to respond to defendants' motion for summary judgment. ECF No. 180. His deadline to respond is currently December 17, 2018. ECF No. 179. Although plaintiff was previously warned that no further extensions of time would be granted (ECF No. 179), in light of the relatively brief time requested and the reasons cited for the extension, plaintiff will be granted a final, brief extension of time. He is further advised that his documents are not required to be typewritten, as this court routinely accepts handwritten documents from pro se prisoners. Plaintiff is also not required to provide declarations from individuals that merely corroborate facts that he has personal knowledge of, because he can simply testify to those facts himself.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (ECF No. 180) is granted.

////

2. Plaintiff shall have until December 26, 2018, to file a response to defendants' motion for summary judgment.

3. No further extensions of time will be granted.

IT IS SO ORDERED.

DATED: December 4, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE