UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIM DENNY, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-0915 TLN AC P<br><br><br>ORDER |

This court has received over 2,300 pages of documents from plaintiff in opposition to defendants' motion for summary judgment. ECF Nos. 185-191. However, it appears that the documents received do not include written argument in opposition to the motion. Plaintiff will be given an opportunity to submit another copy of his memorandum in opposition, and should submit **only** such a written statement of the basis for his opposition. The court is already in possession of all of the declarations, exhibits, and additional motions that accompanied the opposition, and any additional copies of those filings – or attempts to supplement them – will be disregarded. Defendants' motion for an extension of time to file a reply to the opposition will be denied without prejudice to renewal after plaintiff's opposition memorandum has been received.

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten days of service of this order, plaintiff shall file a copy of his opposition to defendants' motion for summary judgment. The opposition should not be accompanied by any

1

supporting documents or additional motions that plaintiff previously submitted.

2. Defendants' motion for an extension of time to file a reply (ECF No. 192) is denied without prejudice to renewal after plaintiff's opposition memorandum is filed.

DATED: January 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE