UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. LEONARD, | No. 2:12-cv-0915 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| JIM DENNY, et al., | |
| Defendants. | |

By order filed January 22, 2019, plaintiff was ordered to provide the court with another copy of his opposition to defendants' motion for summary judgment because it appeared that the copy he originally sent was not received. ECF No. 193. However, it appears that the memorandum was merely delayed in the mail, as it was received by the court the same day the order issued and entered on the docket the following day. ECF No. 194. Accordingly, plaintiff should **not** submit another copy of his opposition to the motion for summary judgment or any other briefing on the matter.

IT IS SO ORDERED.

DATED: January 24, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE