UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID G. LEONARD,

    Plaintiff,

  v.

JIM DENNY, et al.,

    Defendants.

No. 2:12-cv-00915-TLN-AC

**ORDER**

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 26, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 206.)  Neither party has filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 26, 2020, are ADOPTED IN FULL;

    2. The Doe defendant is DISMISSED;

3. Defendants' motion for summary judgment (ECF No. 164) is GRANTED;

4. Judgment is entered for Defendants Denny, Parker, Bidwell, Sanders, Brown, Sutter County Jail, Sutter County Sheriff, and Sutter County.

DATED:  October 2, 2020

Troy L. Nunley
United States District Judge